THE EBLING BREWING COMPANY, Appellant, v. PETER REINSTEIN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FIRST NATIONAL BANK, EAST NEWARK, NEW JERSEY, Respondent, v. SAMUEL K. APPLEBAUM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

IDA W. GRETSINGER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs, upon the ground that the evidence established, without contradiction, that the assured gave false answers, *first*, when required to give the " name of every physician who has ever attended you," and *second*, to the question whether the assured had " been attended by any other physician than named above;" that these answers were material to the risk, and were warranted by the assured to be true. (*Saad* v. *New York Life Ins. Co.*, 201 App. Div. 544; affd., 235 N. Y. 550; *Tunnard* v. *Supreme Council, Royal Arcanum*, 201 App. Div. 746; *Sparer* v. *Travelers Ins. Co.*, 185 id. 861, 865.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ALFRED W. HOWARD, Respondent, v. ALBERT C. RUTAN, JR., and Others, as Executors, etc., of THEODORE B. JOHNSON, Deceased, and Another, Appellants, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Petition of ISABELLA HAMILTON, as Administratrix, etc., of WILLIAM HAMILTON, Deceased, Executor, etc., of ISABELLA MAY HAMILTON, Deceased, etc.— Decree of the Surrogate's Court of Kings county affirmed, with costs payable out of the estate of William Hamilton, deceased. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HERBERT KAUFMAN, Appellant, v. SELZNICK PICTURES CORPORATION and Another, Respondents.— Judgment and order dismissing amended complaint for insufficiency reversed on the law, with costs, and motion denied, with ten dollars costs, on the ground that the amended complaint having eliminated the independent and separate cause of action set forth by plaintiff against the defendant Selznick Pictures Corporation in the original complaint for the recovery of the weekly sum alleged to have been agreed to be paid by said corporation to the plaintiff, leaves the complaint sufficient on this motion as a cause of action in equity and under the provisions of sections 211 and 212 of the Civil Practice Act. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ABRAHAM LAMPORT, Appellant, v. CELIA LAMPORT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.